UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
APRIL 29, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:25-cr-00084
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(8)

QUENIN OWEN BROWN

## I N D I C T M E N T

The Grand Jury Charges:

1. On or about December 28, 2024, at or near Nitro, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant QUENIN OWEN BROWN knowingly possessed the following firearms, in and affecting interstate commerce:

   a. a loaded HS Produkt (Springfield), model Hellcat 9mm caliber pistol;

   b. a loaded Glock, model 43 9mm caliber pistol; and

   c. a loaded Taurus, model G3 9mm caliber pistol.

2. At the time defendant QUENIN OWEN BROWN possessed the aforesaid firearms, he knew he had been convicted of the following crimes each of which was punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is:

a) Convicted on or about February 6, 2012, in the Circuit Court of Kanawha County, West Virginia, of Unlawful Wounding, in violation of W.Va. Code §61-2-9(a); and

b) Convicted on or about November 13, 2018, in the Circuit Court of Kanawha County, West Virginia, of fleeing with reckless indifference to the safety of others in violation of W.Va. Code §61-5-17(f), and possession with intent to deliver methamphetamine in violation of W.Va. Code 60A-4-401.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant QUENIN OWEN BROWN, of a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) as charged in the Indictment, defendant QUENIN OWEN BROWN shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense including but not limited to:

    a. a HS Produkt 9mm caliber pistol, serial number: BB175511,

    b. a Glock 9mm caliber pistol, serial number: BALS485,

    c. a Taurus 9mm pistol, serial number: ABM249861, and

all related ammunition seized by law enforcement on or about December 28, 2024.

                                                    LISA G. JOHNSTON
                                                    Acting United States Attorney

By: _____
       JUDSON C. MACCALLUM
       Assistant United States Attorney